IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:14-cv-00055-F

| | |
|---|---|
| COMPANION PROPERTY and CASUALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>W. O. WHITE TRUCKING, LLC; WILLIAM O. WHITE; MARTY G. WHITE; DELMA O. WHITE; HILDA D. WHITE; DOW 1, LLC; AND PDWOW, LLC. )<br>)<br>Defendants. ) | **ENTRY OF DEFAULT** |

This cause coming before the undersigned Clerk on motion by Plaintiff for Entry of Default against Defendants W.O. White Trucking, LLC, William O. White, Marty G. White and Dow 1, LLC;

And it appearing to the Court that the action was commenced on April 7, 2014, and that the Summons and Verified Complaint were served on Defendants W.O. White Trucking, LLC, William O. White and Marty G. White on April 15, 2014, and on DOW 1, LLC on April 12, 2014, as evidenced by the Declaration of Service filed in the Court record;

And it appearing that Defendants W.O. White Trucking, LLC, William O. White, Marty G. White and Dow 1, LLC have not filed an Answer or motion in response to the Verified Complaint within the time limit fixed by the Federal Rules of Civil Procedure;

And it appearing to the Court that Defendants W.O. White Trucking, LLC, William O. White, Marty G. White and Dow 1, LLC are not under any legal disability;

And it appearing to the Court that pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff is entitled to an Entry of Default as to Defendants W.O. White Trucking, LLC, William O. White, Marty G. White and Dow 1, LLC for failure to plead or otherwise defend in response to the Summons and Verified Complaint.

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that default is hereby entered against Defendants W.O. White Trucking, LLC, William O. White, Marty G. White and Dow 1, LLC.

This the 5th day of August, 2014.

_Julie A. Richards_
JULIE A. RICHARDS, CLERK