UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CV-00055-F

| | |
|---|---|
| COMPANION PROPERTY AND CASUALTY INSURANCE CORPORATION, )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>) **ORDER**<br>W.O. WHITE TRUCKING, LLC; )<br>WILLIAM O. WHITE; MARTY G. )<br>WHITE; DELMA O. WHITE; HILDA D. )<br>WHITE; DOW 1, LLC; and PDWOW, LLC, )<br>)<br>Defendants. ) | |

This matter is before the court on Plaintiff Companion Property and Casualty Insurance Company's Motion to Lift Stay and Dismiss Claim Without Prejudice [DE-51]. For good cause shown, Plaintiff's motion is ALLOWED.

It is hereby ORDERED that the stay is lifted in this matter against Defendants W.O. White Trucking, LLC and Dow 1, LLC, and Plaintiff's Second Cause of Action is DISMISSED without prejudice as to those defendants.

Plaintiff notes that "[a]ll other Defendants are either in bankruptcy or have settled with Companion." The court is aware of only one Defendant having reached a settlement in this case—PDWOW, LLC. Therefore, Plaintiff is ORDERED to submit a report on the status of all claims against Defendants William White, Marty White, Delma White, and Hilda White no later than fourteen (14) days from the filing date of this order.

SO ORDERED.

This the 4 day of August, 2016.

                                              *James C. Fox*
                                              JAMES C. FOX
                                              Senior United States District Judge