UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CV-00055-F

| | |
|---|---|
| COMPANION PROPERTY AND CASUALTY INSURANCE CORPORATION, <br><br> Plaintiff <br><br> v. <br><br> W.O. WHITE TRUCKING, LLC; WILLIAM O. WHITE; MARTY G. WHITE; DELMA O. WHITE; HILDA D. WHITE; DOW 1, LLC; and PDWOW, LLC, <br><br> Defendants. | **ORDER** |

This matter is before the court on Plaintiff Companion Property and Casualty Insurance Company's motion [DE-55] for voluntary dismissal without prejudice of the remaining defendants. For good cause shown, Plaintiff's motion is ALLOWED.

All remaining claims against Defendants William O. White, Marty G. White, Delma O. White, and Hilda D. White are hereby DISMISSED without prejudice.

The following claims remain in this case: (1) a cross claim by PDWOW LLC against Dow 1 LLC, W.O. White Trucking LLC, Delma O. White, Marty G. White, and William O. White; and (2) a cross claim by Delma O. White and Hilda D. White against PDWOW LLC and William O. White. Accordingly, cross claimants PDWOW LLC, Delma O. White, and Hilda D. White are ORDERED to notify the court within **seven days** of the filing date of this order whether they intend to pursue these claims.

SO ORDERED.

This the _16_ day of September, 2016.

                                          *James C. Fox*
                                      JAMES C. FOX
                                      Senior United States District Judge